FILED
FEB 0 7 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  4:13 WIZ ERW |
| | ) |
| PHILIP SMITH, | )  4:13CR00048ERW |
| | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges that:

At all times pertinent to the charges in this information:

1. Federal law defined the term

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b) " sexually explicit conduct" to mean actual or simulated--

    (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

    (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C §2256(2)(A));

    (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high

1

speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

> (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or
>
> (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign telephone lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between in or about February 2010, and March 2010, within the Eastern District of Missouri and elsewhere,

**PHILIP SMITH,**

the defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, that being an HP Pavilion computer, serial number CNX0040FPN, and a Western Digital hard disk drive, serial number WMAV51547816, that had been produced or manufactured outside Missouri and therefore having traveled in interstate and foreign commerce, and said disk drive and computer contained child pornography, including but not limited to, the following:

a.  " KDV Summer Camp councelor [sic] 25yo shows 11yo boy how to cum -preteen pedo gay kiddy(1).mpg " more fully described as a video file that depicts two minor males engaged in sexually explicit conduct, including masturbation;

b.  "Young boys cumming 2.09_.mpg," more fully described as a video file that depicts a minor males engaged in sexually explicit conduct, including masturbation;

c.  "13yo Amos nice Boy-cum high.mpg" more fully described as a video file that depicts a minor males engaged in sexually explicit conduct, including masturbation.

In violation of Title 18, United States Code, 2252A(a)(5)(B).

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

MATTHEW T. DRAKE, #46499MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Matthew T. Drake, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
MATTHEW T. DRAKE

Subscribed and sworn to before me this __8__ day of January 2013.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK